**IN THE MATTER OF THE ES-TATE OF JOHN S. PIERCE, DECEASED.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Notice of application ordered published *p. 88; (2) account allowed *p. 103.
PAPERS IN FILE: [None]

**THOMAS EMERSON *versus* HENRY SANDERSON.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Motion for default judgment *p. 90; (2) damages assessed, judgment *p. 100.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance of special bail; (4) declaration; (5) precipe for fi. fa.; (6) writ of fi. fa. and return; (7) precipe for fi. fa.; (8) pluries fi. fa. and return; (9) promissory note.
*1824–36 Calendar,* MS p. 87. Recorded in *Book C,* MS pp. 75–8.

**THOMAS BEALS *versus* WILLIAM KEITH, DAVID C. Mc-**

**KINSTRY, AND JACOB EILERT.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Motion for default judgment *p. 90; (2) damages assessed, judgment *p. 100.
PAPERS IN FILE: (1) Precipe for capias, security for costs; (2) capias and return; (3–4) recognizances of special bail; (5) declaration; (6) oyer of note and indorsement; (7) precipe for fi. fa.; (8) alias fi. fa. and return; (9) precipe for pluries fi. fa.; (10) pluries fi. fa.; (11) precipe for pluries fi. fa.; (12) second pluries fi. fa. and return; (13) precipe for third pluries fi. fa.; (14) third pluries fi. fa.; (15) promissory note; (16) memo. of amounts due.
*1824–36 Calendar,* MS p. 95. Recorded in *Book C,* MS pp. 82–4.

**THOMAS BEALS *versus* JAMES BYRNE.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Motion for default judgment *p. 90; (2) damages assessed, judgment *p. 100.
PAPERS IN FILE: (1) Precipe for capias, security for costs; (2) capias and return; (3) recognizance of special bail; (4) declaration.
*1824–36 Calendar,* MS p. 104. Recorded in *Book C,* MS pp. 79–81.

**PETER J. DESNOYERS *versus* JOSEPH LORANGER.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Issue ordered sent to circuit court for trial *p. 94.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance of special bail; (4) exceptions to bail; (5) justification of bail; (6) declaration; (7) plea of non assumpsit, notice of receipt; (8) memo. re fees.
*1824–36 Calendar,* MS p. 64.